HARRY GOLDKLANG, PETITIONER-RESPONDENT, v. MET-
ROPOLITAN LIFE INSURANCE COMPANY, RESPON-
DENT-APPELLANT.

Argued October 8, 1974—Decided October 22, 1974.

*Mr. James A. Robottom* argued the cause for appellant
(*Messrs. Haskins, Robottom and Hack,* attorneys).

*Mr. Samuel H. Davis* argued the cause for the respon-
dent (*Messrs. Dubowsky and Davis,* attorneys).

PER CURIAM. The judgment is affirmed substantially for
the reasons expressed by the majority of the Appellate Di-
vision.

Two members of the Court would reverse substantially for
the reasons expressed by Judge Meanor in his dissent re-
ported at 130 *N. J. Super.* 307 (1974).

*For affirmance* — Chief Justice HUGHES and Justices
JACOBS, SULLIVAN and PASHMAN and Judge CONFORD—5.

*For reversal*—Justices HALL and CLIFFORD—2.